# Court of Appeals
# of the State of Georgia

ATLANTA,  July 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2071. OZELL WALKER v. THE STATE.**

Ozell Walker filed this direct appeal from the trial court's order revoking his probation.  In order to appeal the revocation of his probation, however, Walker was required to file an application for discretionary appeal. OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005).  His failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*